# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TENNESSEE
# AT MEMPHIS

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                         CR. No.: 03-20307-M1

ALVIN BRYANT,

      Defendant.

## ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING

IT APPEARING to the Court that Defendant's motion to continue the currently scheduled sentencing hearing is well taken, and ought to be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the sentencing hearing of the Defendant Alvin Bryant is hereby re-set to _Nov. 28_, 2005, at 8:45 am.

**IT IS SO ORDERED.**

_____
THE HONORABLE
JON P. McCALLA
JUDGE
UNITED STATES DISTRICT COURT

_Oct. 20, 2005_
DATE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _10-24-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 2:03-CR-20307 was distributed by fax, mail, or direct printing on October 24, 2005 to the parties listed.

---

Steffen G. Schreiner
LAW OFFICE OF STEFFEN G. SCHREINER
369 N. Main
Memphis, TN 38103

Camille Reese McMullen
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT